

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re Daniel A. Hunt

No. 06-24-00062-CV

Original Mandamus Proceeding

Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Chief Justice Stevens.

As stated in the Court's opinion of this date, we find that the Relator's petition for a writ of mandamus should be conditionally granted, and we direct the trial court to vacate its order. The writ will issue only if the trial court fails to vacate its order within ten days of the date of this opinion.

RENDERED OCTOBER 2, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk